**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-310-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL COURTNEY,
2.  COLLIN KOPITZKE,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

### COUNT 1

On or about June 11, 2019, in the State and District of Colorado, the defendant, MICHAEL COURTNEY, possessed ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, the above ammunition being in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about June 14, 2019, in the State and District of Colorado, the defendant, MICHAEL COURTNEY, possessed ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, the above ammunition being in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

Between on or about June 10, 2019 and on or about July 1, 2019, in the State and District of Colorado, the defendants, COLLIN KOPITZKE and MICHAEL COURTNEY, not being licensed manufacturers and dealers of firearms did willfully engage in the business of manufacturing and dealing in firearms, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4

On or about July 1, 2019, in the State and District of Colorado, the defendant, COLLIN KOPITZKE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, possessed firearms and ammunition, and did so knowingly, the above firearms and ammunition being in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the following: (1) Smith & Wesson 30-06 rifle with serial number THT4163; (2) Remington .22 caliber rifle with serial number 2522102; (3) Ruger American 5.56 with serial number 690264337; (4) Savage 93 .22 caliber with serial number 3234591; (5) 12-gauge shotgun model PW87 with serial number PW87-015543; (6) Winchester 1300 Ranger Youth 20-gague shotgun with serial number L2213179; (7) M48 rifle with serial number T92068; (8) Browning 12-gague shotgun with serial number 9567193; (9) Wise Arms WA15 with serial number 11409; (10) Tennessee Arms Co. AR 308 with serial number 16344T3526; (11) Anderson Manufacturing AM15 with serial number 19123929; (12) Wise Arms WA15 with serial number 11307; (13) Anderson Manufacturing AM15 with serial number 19123924; (14) Hawk Industries 12-gague shotgun with serial number NZ846503; (15) Henry Repeating Arms H001MML .22 caliber with serial number HML003064M; (16) Henry Repeating Arms H001M lever action .22 caliber with serial number M076213H; (17) Mossberg 590 12-gague shotgun with serial number V0795505; (18) Palmetto State Armory PA-15 with serial number PI027543; (19) Taurus TH40 pistol with serial number SMN47425; (20) Taurus Millennium G2 PT111G2 with serial number TKW33435; (21) Rock Island Armory M1911A1-CS pistol with serial number RIA1952886; (22) Taurus G2C .40 caliber pistol with serial number SMB67585; (23) Steyr Mannlicher M40-A1 .40 caliber pistol with serial number 3153717LWT; (24) Ruger 44 Magnum revolver with serial number 59-01625; (25) Heritage Manufacturing Rough Rider .22 caliber revolver with serial number Y85485; (26) Heritage Manufacturing Rough Rider .22 caliber revolver with serial number Z26873; (27)

Mossberg 464 30-30 rifle with serial number LA007420; (28) rifle with serial number 41981; (29) .308 caliber rifle without serial number; (30) 5.56 caliber rifle without serial number; (31) 5.56 caliber rifle without serial number; and (32) the recovered ammunition.

       3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

                        A TRUE BILL:

                        <u>Ink signature on file in Clerk's Office</u>
                        FOREPERSON

JASON R. DUNN
United States Attorney

By:  <u>s/Rajiv Mohan</u>
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  <u>Rajiv.Mohan@usdoj.gov</u>
Attorney for Government